# Exhibit A:
## Austin Bankruptcy Docket 20-10118-hcm
## In Re Alexander Emric Jones
## Filed 01/24/2020

# U.S. Bankruptcy Court
## Western District of Texas (Austin)
### Bankruptcy Petition #: 20-10118-hcm

*Date filed:* 01/24/2020

*Assigned to:* Bankruptcy Judge H. Christopher Mott
Chapter 11
Involuntary

| | |
|---|---|
| *Debtor*<br>**Alexander Emric Jones**<br>3019 Alvin DeVane Boulevard #350<br>Austin, TX 78741<br>TRAVIS-TX<br>SSN / ITIN: xxx-xx-0000<br>*aka* **Alexander Emerick Jones**<br>*aka* **Alex Jones**<br>*aka* **Alexander E. Jones** | represented by **Alexander Emric Jones**<br>PRO SE |

*Petitioning Creditor*
**Kelly R. Jones**
11601 HWY 290 W
Suite A101-307
Austin, TX 78737
888-995-3559

| Filing Date | # | clear | Docket Text |
|---|---|---|---|
| 02/02/2020 | [6](#)<br>(2 pgs) | 202.48 KB | BNC Certificate of Mailing (Related Document(s): [4](#) Order Granting Motion to Redact (related document(s): [3](#) Motion to Redact Debtor's Home Address- Restricted Document ( Fee Amount $25.00) filed by Petitioning Creditor Kelly R. Jones (Benitez, Estella). Related document(s) [1](#) Involuntary Petition Chapter 11 filed by Debtor Alexander Emric Jones, Petitioning Creditor Kelly R. Jones.) (Order entered on 1/31/2020)) Notice Date 02/02/2020. (Admin.) |
| 01/31/2020 | [4](#)<br>(1 pg) | 75.854 KB | Order Granting Motion to Redact (related document(s): [3](#) Motion to Redact Debtor's Home Address- Restricted Document ( Fee Amount $25.00) filed by Petitioning Creditor Kelly R. Jones (Benitez, Estella). Related document(s) [1](#) Involuntary Petition Chapter 11 filed by Debtor Alexander Emric Jones, Petitioning Creditor Kelly R. Jones.) (Order entered on 1/31/2020) (Benitez, Estella) |
| 01/29/2020 | [3](#) | | Motion to Redact Debtor's Home Address- Restricted Document ( Fee Amount $25.00) filed by Petitioning Creditor Kelly R. Jones (Benitez, Estella). Related document(s) [1](#) Involuntary Petition Chapter 11 filed by Debtor Alexander Emric Jones, Petitioning Creditor Kelly R. Jones. (Entered: 01/30/2020) |

2/3/2020 U.S.B.C. Western District of Texas (LIVE)

| | | | |
|---|---|---|---|
| 01/29/2020 | | | Receipt of Redact Previously Flied Records - $25.00 by BT. Receipt Number 102453. (admin) |
| 01/24/2020 | 5 (23 pgs) | 0.76339 MB | Corrected Involuntary Petition filed to Redact Principal Residence - filed by Petitioning Creditor Kelly R. Jones. (Benitez, Estella). (Entered: 01/31/2020) |
| 01/24/2020 | | | Receipt of Chapter 11 Filing Fee - $1717.00 by AW. Receipt Number 102447. (admin) |
| 01/24/2020 | 2 (2 pgs) | 431.045 KB | Involuntary Case - Summons(es) Issued on Alexander Emric Jones (Wallace, Adam) |
| 01/24/2020 | 1 | | Involuntary Petition under Chapter 11 (Individual) ( Filing Fee: $ 1717.00 ) Re: Alexander Emric Jones Filed by Petitioning Creditor(s):Kelly R. Jones. (Wallace, Adam) |

View Selected
or
Download Selected

Total file size of selected documents (MB):
Maximum file size allowed (MB): 1

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/03/2020 20:25:51 | | | |
| **PACER Login:** | Sackotonchiic1660:6234271:0 | **Client Code:** | Kelly R. Jones |
| **Description:** | Docket Report | **Search Criteria:** | 20-10118-hcm Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Multiple Docs: on Format: html Page counts for documents: included |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |