```
DUPLICATE

Court Name: TEXAS WESTERN
Division: 1
Receipt Number: 100037836
Cashier ID: cjames
Transaction Date: 02/07/2020
Payer Name: KELLY JONES
---------------------------------
CIVIL FILING FEE
 For: KELLY JONES
 Amount:        $400.00
---------------------------------
PAPER CHECK
 Check/Money Order Num: 1720
 Amt Tendered: $400.00
---------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

1:20-CV-151-LY; JONES V JONES;
CIVIL FILING FEE
```